**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: GIEVER, NANCY | § | Case No. 10-70444 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 8/18/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 07/06/2010     By: /s/BERNARD J. NATALE
                              Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GIEVER, NANCY § Case No. 10-70444
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.44 |
| *and approved disbursements of* | $ 4.74 |
| *leaving a balance on hand of* [1] | $ 5,995.70 |

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 1,350.04 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 960.00 | $ 14.25 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,793.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 7,895.09 | $ 493.02 |
| 2 | Chase Bank USA, N.A. | $ 50,898.27 | $ 3,178.39 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                   Date Rcvd: Jul 27, 2010
Case: 10-70444                Form ID: pdf006            Total Noticed: 19

The following entities were noticed by first class mail on Jul 29, 2010.
db           +Nancy Giever,   426 Farnsworth Circle,   Port Barrington, IL 60010-1082
aty          +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
aty          +Timothy Brown,   Law Office of Timothy Brown,   1520 Carlemont Drive, Suite M,
               Crystal Lake, IL 60014-1836
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
15065549      Alexian Brothers Medial Center,   22589 Network Place,   Chicago, IL  60673-1225
15065550      Chase,   Po Box 15298,   Wilmington, DE  19850-5298
15065551     +Chase,   P.O. Box 182223 Dept. OH1-1272,   Columbus, OH 43218-2223
15364894      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15065553     +First American Bank,   700 Busse Highway,   Elk Grove Village, IL 60007-2133
15065552      First American Bank,   PO Box 0794,   Elk Grove Village, IL  60009-0794
15065547     +Giever Nancy,   426 Farnsworth Circle,   Port Barrington, IL 60010-1082
15065548     +Timothy Brown Attorney At Law,   1520 Carlemont Drive Suite M,   Crystal Lake, IL 60014-1836
15065555    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank,   P.O. Box 2188,   Oshkosh, WI  54903)
15065554    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank,   P.O. Box 790179,   St.Louis, MO  63179-0179)
15065557    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,   PO Box 790179,   St. Loius, MO  63179-1082)
15065556      Us Bank,   PO Box 5527,   Cincinnati, OH  45201
15065558     +Wells Fargo,   PO Box 10335,   Des Moines, IA 50306-0335
15065559     +Wells Fargo Home Mortgage,   8480 Stagecoach Circle,   Frederick, MD 21701-4747

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                          **Signature:**   *Joseph Speetjens*