**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: GIEVER, NANCY                    § Case No. 10-70444
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $325,570.27 | Assets Exempt:  $40,440.18 |
| Total Distribution to Claimants: $3,671.41 | Claims Discharged Without Payment:  $55,121.95 |
| Total Expenses of Administration: $2,329.03 | |

   3) Total gross receipts of $   6,000.44   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $6,000.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $414,459.94 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,329.03 | 2,329.03 | 2,329.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 1,148.35 | 58,793.36 | 58,793.36 | 3,671.41 |
| **TOTAL DISBURSEMENTS** | $415,608.29 | $61,122.39 | $61,122.39 | $6,000.44 |

    4) This case was originally filed under Chapter 7 on February 03, 2010.
. The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2010              By: /s/BERNARD J. NATALE
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.44 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First American Bank | 4110-000 | 98,435.35 | N/A | N/A | 0.00 |
| U S Bank | 4210-000 | 25,280.59 | N/A | N/A | 0.00 |
| Wells Fargo | 4110-000 | 290,744.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$414,459.94** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 14.25 | 14.25 | 14.25 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 960.00 | 960.00 | 960.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,350.04 | 1,350.04 | 1,350.04 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.74 | 4.74 | 4.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,329.03 | 2,329.03 | 2,329.03 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | N/A | 7,895.09 | 7,895.09 | 493.02 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 50,898.27 | 50,898.27 | 3,178.39 |
| Alexian Brothers Medial Center | 7100-000 | 238.55 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 909.80 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 1,148.35 | 58,793.36 | 58,793.36 | 3,671.41 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-70444  
**Case Name:** GIEVER, NANCY  
**Period Ending:** 10/05/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/03/10 (f)  
**§341(a) Meeting Date:** 03/08/10  
**Claims Bar Date:** 06/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Residence: single family residence, commonly kno<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 285,828.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank account: xxxxxxxx310 First American Bank in<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | OBank account: xxxxxxxx821 building and loan, an<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 18.40 | 0.00 | DA | 0.00 | FA |
| 5 | Bank account: xxxxxxxx920 brokerage houses, or<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 43.69 | 0.00 | DA | 0.00 | FA |
| 6 | Bed: headboard and footboard, mattress, boxsprin<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | single, mattress, boxspring, acq. 01/2000<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 110.00 | 0.00 | DA | 0.00 | FA |
| 8 | mattress, boxspring, acq. 05/1985<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | single, mattress, boxspring, acq. 10/2000<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 110.00 | 0.00 | DA | 0.00 | FA |
| 10 | lothing<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 11 | Table: wood, fair condition<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 12 | full-size, pillow back, floral pattern, acq. 06/ | 185.00 | 0.00 | DA | 0.00 | FA |

Printed: 10/05/2010 11:19 AM    V.12.52

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70444  
**Case Name:** GIEVER, NANCY  
**Period Ending:** 10/05/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/03/10 (f)  
**§341(a) Meeting Date:** 03/08/10  
**Claims Bar Date:** 06/10/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  Couch: L-shaped sectional, pillow back, acq. 05/<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 14  Desk, wood, acq. 01/1991<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 15  Dresser: wood, 9-drawer, wood-framed mirror, acq<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 180.00 | 0.00 | DA | 0.00 | FA |
| 16  Dresser: wood, six-drawer w/ mirror, acq. 05/199<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 120.00 | 0.00 | DA | 0.00 | FA |
| 17  Dresser: wood, six-drawer, acq. 02/1991<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 18  Dryer: Kenmore, basic, acq. 05/1982<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 19  End Table: steel frame, with glass, acq. 05/1985<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 30.00 | 0.00 | DA | 0.00 | FA |
| 20  End Table: wood, good condition<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 21  Entertainment Center: particle board, acq. 06/19<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 22  Gas Range Oven: GE, good condition, acq. 01/2000<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 140.00 | 0.00 | DA | 0.00 | FA |
| 23  Kitchen table: with four (4) chairs, wood, acq.<br>Orig. Asset Memo: Imported from original petition | 200.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-70444  
**Case Name:** GIEVER, NANCY  

**Period Ending:** 10/05/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/03/10 (f)  
**§341(a) Meeting Date:** 03/08/10  
**Claims Bar Date:** 06/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Doc# 1 | | | | | |
| 24 | Lamps, several  Orig. Asset Memo: Imported from original petition  Doc# 1 | 80.00 | 0.00 | DA | 0.00 | FA |
| 25 | Love seat and chair, acq. 06/1987  Orig. Asset Memo: Imported from original petition  Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 26 | Microwave Oven: GE brand, non-convection, acq. 0  Orig. Asset Memo: Imported from original petition  Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 27 | Nightstand: wood, three drawer, good condition,  Orig. Asset Memo: Imported from original petition  Doc# 1 | 70.00 | 0.00 | DA | 0.00 | FA |
| 28 | Refrigerator: Whirlpool, side-by-side, acq. 01/2  Orig. Asset Memo: Imported from original petition  Doc# 1 | 350.00 | 0.00 | DA | 0.00 | FA |
| 29 | Stereo Receiver: Kenwood, acq. 10/1995 Desc Main  Orig. Asset Memo: Imported from original petition  Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 30 | Telephones  Orig. Asset Memo: Imported from original petition  Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 31 | Television: Samsung, 27", acq. 01/2009  Orig. Asset Memo: Imported from original petition  Doc# 1 | 220.00 | 0.00 | DA | 0.00 | FA |
| 32 | Washing Machine: Kenmore, multi-cycle, top loade  Orig. Asset Memo: Imported from original petition  Doc# 1 | 90.00 | 0.00 | DA | 0.00 | FA |
| 33 | 401K: ING plan number PH9213 pension or profit s  Orig. Asset Memo: Imported from original petition  Doc# 1 | 19,040.18 | 0.00 | DA | 0.00 | FA |
| 34 | Automobile: 2008 Dodge Avenger RT V6, good condi  Orig. Asset Memo: Imported from original petition  Doc# 1 | 16,905.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70444  
**Case Name:** GIEVER, NANCY

**Period Ending:** 10/05/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/03/10 (f)  
**§341(a) Meeting Date:** 03/08/10  
**Claims Bar Date:** 06/10/10

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | Tax Refund (u) Amended B & C Filed | 6,200.00 | 6,385.09 | | 6,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.44 | Unknown |
| 36 | Assets Totals (Excluding unknown values) | **$331,770.27** | **$6,385.09** | | **$6,000.44** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**                **Current Projected Date Of Final Report (TFR):**

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-70444 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GIEVER, NANCY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******16-65 - Money Market Account |
| Taxpayer ID #: | **-***5083 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 10/05/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/21/10 | {35} | Nancy Giever | Pymt of Undisclosed Refund per Compromise | 1224-000 | 6,000.00 | | 6,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 6,000.09 |
| 06/03/10 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #10-70444, BOND #016018067 | 2300-000 | | 4.74 | 5,995.35 |
| 06/29/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.35 | | 5,995.70 |
| 06/29/10 | | To Account #9200******1666 | Transfer Funds and Close Account for Final Report | 9999-000 | | 5,995.70 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,000.44 | 6,000.44 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,995.70 | |
| | | | Subtotal | | 6,000.44 | 4.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,000.44 | $4.74 | |

{} Asset reference(s)

Printed: 10/05/2010 11:19 AM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-70444  
**Case Name:** GIEVER, NANCY  
**Taxpayer ID #:** **-***5083  
**Period Ending:** 10/05/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/10 | | From Account #9200******1665 | Transfer Funds and Close Account for Final Report | 9999-000 | 5,995.70 | | 5,995.70 |
| 08/19/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,350.04, Trustee Compensation; Reference: | 2100-000 | | 1,350.04 | 4,645.66 |
| 08/19/10 | 102 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 974.25 | 3,671.41 |
| | | | Dividend paid 100.00%    960.00 on $960.00; Claim# ATTY; Filed: $960.00 | 3110-000 | | | 3,671.41 |
| | | | Dividend paid 100.00%    14.25 on $14.25; Claim# EXP; Filed: $14.25 | 3120-000 | | | 3,671.41 |
| 08/19/10 | 103 | Chase Bank USA, N.A. | Combined Check for Claims#1,2 | | | 3,671.41 | 0.00 |
| | | | Dividend paid 6.24% on    493.02 $7,895.09; Claim# 1; Filed: $7,895.09; Reference: 0173 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.24% on    3,178.39 $50,898.27; Claim# 2; Filed: $50,898.27; Reference: 3919 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,995.70** | **5,995.70** | **$0.00** |
| | | | Less: Bank Transfers | | 5,995.70 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,995.70** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,995.70** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******16-65** | 6,000.44 | 4.74 | 0.00 |
| **Checking # 9200-******16-66** | 0.00 | 5,995.70 | 0.00 |
| | **$6,000.44** | **$6,000.44** | **$0.00** |

{} Asset reference(s)